# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MICHELE JASPER, individually and on behalf of all other similarly situated, ) ) ) | |
| *Plaintiff*, ) | No. 22 C 7122 |
| ) | |
| v. ) | Judge Virginia M. Kendall |
| ) ) | |
| DANONE NORTH AMERICA PUBLIC BENEFIT CORPORATION, ) ) ) | |
| *Defendant.* ) | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):
☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of Defendant(s)
and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court grants Danone's motion to transfer venue and directs the Clerk of Court to transfer the case to the Southern District of New York forthwith under 28 U.S.C. § 1404(a) for all further proceedings.

This action was *(check one)*:
☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Virginia M. Kendall on a Motion to Transfer Venue.

Date: 7/12/2023                    Thomas G. Bruton, Clerk of Court

                                   /s/Lynn Kandziora , Deputy Clerk